BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
VIRGINIA RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VIRGINIA RAMOS,<br><br>    Defendant. | No.  CR F-03-5436 AWI<br><br>STIPULATION AND PROPOSED<br>ORDER EXONERATING BOND |

On or about June 26, 2002 , a $150,000.00 appearance bond, secured by a deed against the real property of Virginia Ramos, was posted on behalf of Jose Barajas Torres, Case Number CR.F-02-5205-OWW.  This case was finally resolved under the Case Number CR F-03-5436 AWI.

On or about May 18, 2005, Mr. Torres surrendered himself to the Bureau of Prisons to begin serving his sentence.

It is hereby stipulated by and between the government and the defendant that the $150,000.00 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to Virgina Ramos the deed of trust received by the Clerk on or about June 28, 2002. Ms. Oberto of the United States Attorney's Office has authorized Bruce Locke to signify her signature on this pleading.

DATED: October 28, 2005                    Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　　　　　BRUCE LOCKE
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Ms. Ramos

1

DATED: October 28, 2005                    /S/ - Bruce Locke
                                           SHEILA OBERTO
                                           Attorney for the United States
                                           By Bruce Locke

     IT IS HEREBY ORDERED that the bail bond in the amount of $150,000.00 posted by Jose Barajas Torres and secured by Virginia Ramos by a Deed of Trust for her home, 16129 Via Paro, San Lorenzo, California 94580 is hereby exonerated and the Clerk of the Court is ordered to sign a Release of the Deed of Trust that was filed to secure the bond.

IT IS SO ORDERED.

**Dated:**   **October 28, 2005**           /s/ **Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE